1 | JAY R. HENNEBERRY (State Bar No. 135065)
jhenneberry@chadbourne.com
2 | CHADBOURNE & PARKE LLP
350 South Grand Avenue, Suite 3300
3 | Los Angeles, California 90071
Telephone: (213) 892-1000
4 | Facsimile: (213) 622-9865

5 | *Of Counsel*
Scott S. Balber
6 | sbalber@chadbourne.com
Jonathan C. Cross
7 | jcross@chadbourne.com
CHADBOURNE & PARKE LLP
8 | 30 Rockefeller Plaza
New York, New York 10112
9 | Telephone: (212) 408-5100
Facsimile: (212) 541-5369

10 |
11 | Attorneys for Plaintiff
LFG National Capital, LLC

12 |
13 |
14 | **UNITED STATES DISTRICT COURT**
15 | **CENTRAL DISTRICT OF CALIFORNIA**

16 | LFG NATIONAL CAPITAL, LLC,     Case No. **CV11 04538 PSG PJWx**

17 |                 Plaintiff,

18 |          v.                    **COMPLAINT FOR BREACH OF CONTRACT AND BREACH OF GUARANTEES**

19 | GARY, WILLIAMS, FINNEY, LEWIS,
20 | WATSON & SPERANDO, P.L., WILLIE
GARY, and LORENZO WILLIAMS,
21 |
22 |                 Defendants.

23 |
24 | Plaintiff LFG National Capital, LLC ("LFG National"), through its attorneys,
25 | Chadbourne & Parke LLP, for its complaint against Gary, Williams, Finney, Lewis,
26 | Watson & Sperando, P.L. ("Gary, Williams"), Willie Gary, and Lorenzo Williams
27 | (collectively, "Defendants"), alleges the following:
28 |

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000



COMPLAINT FOR BREACH OF CONTRACT AND BREACH OF GUARANTEES

CPAM: 3941750.1

## NATURE OF THE ACTION

1.     This action arises out of Defendants' flagrant, sustained breaches of their obligations under a $13 million secured loan facility with a current balance due of approximately $10.1 million.  Defendants, a Florida law firm and its two principal partners, have consistently failed to make required loan payments, diverted revenues that, under the relevant loan agreement, must be utilized to pay Defendants' obligations to Plaintiff, refused to provide financial and other data as required under the relevant loan agreement, and refused to permit Plaintiff to conduct an audit of Defendants' financial machinations.

## THE PARTIES

2.     Plaintiff LFG National is a Delaware limited liability company having its principal place of business at 200 South Virginia Street, 8th Floor, Reno, NV 89501.

3.     Defendant Gary, Williams, a law firm, is a Florida professional limited liability company having its principal place of business at 221 East Osceola Street, Stuart, Florida 34994.

4.     Defendant Willie Gary, the Senior Partner of the Gary, Williams firm, is a citizen and resident of the State of Florida.

5.     Defendant Lorenzo Williams, a partner of the Gary, Williams firm, is a citizen and resident of the State of Florida.

## JURISDICTION AND VENUE

6.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), insofar as the amount in controversy exceeds the sum of $75,000, and the action is between citizens of different states.

7.     Venue is proper in this District under 28 U.S.C. § 1391(a) insofar as the agreements at issue herein provide that each Defendant agrees that this action may be commenced in this District, waiving any objection to jurisdiction or venue.

COMPLAINT FOR BREACH OF CONTRACT AND BREACH OF GUARANTEES

CPAM: 3981290.1

1

## FACTS UNDERLYING PLAINTIFF' CLAIMS

2   **A.    The Loan Agreement and Guarantees**

3      8.    On March 19, 2007, Gary, Williams entered into a Cost Loan and Security

4   Agreement (the "Loan Agreement") with LawFinance Group, Inc., then an affiliate of

5   LFG National.  The Loan Agreement replaced, and provided funds to refinance the

6   amounts due under, an earlier, similar loan agreement between Gary, Williams and

7   LawFinance Group, Inc., dated May 16, 2005.

8      9.    By means of an Assignment Certificate dated March 22, 2007, LawFinance

9   Group, Inc. assigned and sold to LFG National all of LawFinance Group, Inc.'s right

10  and interest under the Loan Agreement.

11     10.   LFG National holds liens over substantially all of Gary, Williams' property

12  and assets, including its cash, general intangibles, rights to attorneys' fees and costs,

13  equipment, and general accounts receivable.  LFG National's liens were perfected as of

14  June 8, 2005 through the filing of a Florida Uniform Commercial Code Financing

15  Statement (with a subsequent continuation filed on June 8, 2010)

16     11.   Under the Loan Agreement, Gary, Williams irrevocably agreed to submit,

17  with respect to all claims arising under the Loan Agreement or involving the

18  interpretation, performance or breach thereof, to the jurisdiction of "any court sitting in

19  [California], in the city in which [LFG National's] chief executive office is located, or if

20  none, any court sitting in [California]," and waived any and all objections to jurisdiction

21  or venue in such a court.

22     12.   Under the Loan Agreement, Gary, Williams agreed to pay all costs and

23  expenses, including attorney's fees, incurred by Plaintiff in enforcing their rights under

24  the Loan Agreement.

25     13.   On March 19, 2007, Willie Gary executed a Guaranty (the "Willie Gary

26  Guaranty"), whereby he "unconditionally and irrevocably guarantee[d]" the "prompt

27  payment and performance" of all present and future obligations of Gary, Williams

28  under the Loan Agreement.

CRAVDUURNE & FARRE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

3

CPAM: 3981290.1

14.     Under the terms of the Willie Gary Guaranty, no payment "of any kind whatsoever" with respect to any sums owed to Willie Gary by Gary, Williams shall be made until all obligations of Gary, Williams to LFG National under the Loan Agreement have been paid in full, and if sums are paid to Willie Gary before that time, such sums shall "be held by [Willie Gary] as trustee for [LFG National]."

15.     Under the Willie Gary Guaranty, Willie Gary irrevocably agreed to submit, with respect to all claims arising under the Willie Gary Guaranty or involving the interpretation, performance or breach thereof, to the jurisdiction of "any court sitting in [California], in the city in which [LFG National's] chief executive office is located, or if none, any court sitting in [California]," and waived any and all objections to jurisdiction or venue in such a court.

16.     On March 19, 2007, Lorenzo Williams executed a Guaranty (the "Lorenzo Williams Guaranty", collectively along with the Willie Gary Guaranty, the "Guarantees"), whereby he "unconditionally and irrevocably guarantee[d]" the "prompt payment and performance" of all present and future obligations of Gary, Williams under the Loan Agreement.

17.     Under the terms of the Lorenzo Williams Guaranty, no payment "of any kind whatsoever" with respect to any sums owed to Lorenzo Williams by Gary, Williams shall be made until all obligations of Gary, Williams to LFG National under the Loan Agreement have been paid in full, and if sums are paid to Lorenzo Williams before that time, such sums shall "be held by [Lorenzo Williams] as trustee for [LFG National]."

18.     Under the Lorenzo Williams Guaranty, Lorenzo Williams irrevocably agreed to submit, with respect to all claims arising under the Lorenzo Williams Guaranty or involving the interpretation, performance or breach thereof, to the jurisdiction of "any court sitting in [California], in the city in which [LFG National's] chief executive office is located, or if none, any court sitting in [California]," and waived any and all objections to jurisdiction or venue in such a court.

COMPLAINT FOR BREACH OF CONTRACT AND BREACH OF GUARANTEES

CPAM: 3981290.1

**B.      Defendants' Breaches of the Loan Agreement**

19.      Gary, Williams has been in continuous default of its obligations under the Loan Agreement since at least July 16, 2009, when Gary, Williams failed to remit a required interest payment.  Gary, Williams also failed to remit required interest and principal payments on numerous other occasions, including on October 16, 2009; November 19, 2009; December 16, 2009; January 21, 2010; February 17, 2010; March 18, 2010; April 15, 2010; June 18, 2010; July 23, 2010; August 23, 2010; September 22, 2010; October 27, 2010; November 16, 2010;  December 20, 2010; January 20, 2011; February 25, 2011; March 18, 2011; April 21, 2011; and May 17, 2011.  Each of these payment defaults represented an Event of Default under the Loan Agreement.

20.      Under the Loan Agreement, if Gary, Williams recovers funds representing "Case Costs" in any of its pending cases, Gary, Williams is required to remit the full amount of such funds to LFG National within ten (10) days of the end of the calendar month in which Gary, Williams received the funds.

21.      Gary, Williams has failed to remit the full amount of Case Costs received on numerous occasions, including on September 1, 2009; November 18, 2009; and most recently on March 10, 2011.  Each of these payment defaults constituted an Event of Default under the Loan Agreement.

22.      In a signed Amendment to the Loan Agreement executed on May 29, 2009, Gary, Williams acknowledged that Events of Default had occurred because Gary, Williams had failed to make mandatory loan payments upon receipt of Case Costs and had failed to timely make certain other payments under the Loan Agreement.  While LFG National conditionally agreed to waive these defaults existing before May 29, 2009,  the waiver was expressly made "subject to Borrower's compliance with the terms and conditions below," including Gary, Williams' compliance with its obligation to forward the full amount of Case Costs received, and otherwise to comply prospectively with its obligations under the Loan Agreement, as amended.

CPAM: 3981290.1

23.    As detailed in paragraphs 19 and 21 above, Gary, Williams committed numerous breaches of its obligations after the May 29, 2009 Amendment, rendering the waiver of the acknowledged Events of Default prior to May 29, 2009 null and void.

24.    The Loan Agreement provides that all sums due thereunder must be paid by the Maturity Date of June 30, 2010.  The Maturity Date has not been extended pursuant to the terms of the Loan Agreement, or otherwise, nor have all sums due thereunder been paid.

25.    Gary, Williams has committed numerous additional Events of Default under the Loan Agreement, including failures to provide accurate and complete reporting regarding the collateral under the Loan Agreement, as required by the Agreement's terms.    In breach of its obligations under the Loan Agreement, Gary, Williams has on numerous occasions provided materially misleading information regarding its payment of case costs and the status of the collateral securing its obligations under the Loan Agreement.

26.    Most recently, on May 23, 2011, Gary, Williams refused to permit an agent of LFG National to perform an on-site financial audit of Gary, Williams, as required under the Loan Agreement.

27.    Although not required under the Loan Agreement, Plaintiff has provided prompt written notice of the myriad defaults by Gary, Williams under the Loan Agreement.

28.    Under the Loan Agreement, upon the occurrence of any Event of Default, interest shall accrue at a Default Rate of 21%, and LFG National may declare all obligations under the Loan Agreement to be immediately due and payable in full.

29.    Since June 30, 2010, all of Gary, Williams' obligations under the Loan Agreement have been immediately due and payable in full.

30.    Since  June 16, 2009, interest has accrued continuously at the Default Rate on the amount of Gary, Williams' obligations under the Loan Agreement.

COMPLAINT FOR BREACH OF CONTRACT AND BREACH OF GUARANTEES

CPAM: 3981290.1

1   31.   The total amount presently due under the Loan Agreement, excluding costs
2   and attorney's fees, is $10,131,628.18.

3

4                              **CLAIMS FOR RELIEF**

5                          **FIRST CLAIM FOR RELIEF**
6          **(Breach of Loan Agreement -- Plaintiff against Gary, Williams)**

7   32.   Plaintiff repeats and realleges each and every allegation contained in
8   paragraphs 1 through 31 as if fully set forth herein.

9   33.   As a result of Gary, Williams' above-described failures to make required
10  payments and provide required documentation, Gary, Williams has breached the Loan
11  Agreement.

12  34.   Gary, Williams' breaches of the Loan Agreement were the proximate
13  cause of, and Gary, Williams is liable for, damages to Plaintiff in the amount of the total
14  of interest and principal presently due under the Loan Agreement of $10,131,628.18,
15  plus any and all costs and attorneys' fees incurred by Plaintiff in connection with this
16  action.

17

18                         **SECOND CLAIM FOR RELIEF**
     **(Breach of Guarantees -- Plaintiff against Willie Gary and Lorenzo Williams)**

19  35.   Plaintiff repeats and realleges each and every allegation contained in
20  paragraphs 1 through 34 as if fully set forth herein.

21  36.   Gary, Williams is in default of its obligations under the Loan Agreement,
22  and all sums borrowed, along with accrued interest, costs and fees, are presently due
23  and payable thereunder.

24  37.   Willie Gary and Lorenzo Williams have each provided absolute and
25  unconditional personal guarantees rendering them jointly and severally liable for the
26  full amount due under the Loan Agreement.

27

28

350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

COMPLAINT FOR BREACH OF CONTRACT AND BREACH OF GUARANTEES

CPAM: 3981290.1

1  38.   Willie Gary and Lorenzo Williams have breached the terms of their

2  respective Guarantees by failing, after receiving written demand from Plaintiff, to make

3  any payments thereunder.

4  39.   On information and belief, Willie Gary and Lorenzo Williams have each

5  received payments from Gary, Williams while an amount was due under the Loan

6  Agreement.   Willie Gary and Lorenzo Williams hold these sums in trust for LFG

7  National under the terms of the Guarantees, but Willie Gary and Lorenzo Williams have

8  failed to turn over such sums after payment of such sums has been demanded by LFG

9  National.

10  40.   Willie Gary and Lorenzo Williams' breaches under the Guarantees were

11  the proximate cause of, and Willie Gary and Lorenzo Williams are each jointly and

12  severally liable for, damages to Plaintiff in the amount of the total of interest and

13  principal presently due under the Loan Agreement of $10,131,628.18, plus any and all

14  costs and attorneys' fees incurred by Plaintiff in connection with this action.

15  WHEREFORE, based upon the foregoing, Plaintiff respectfully requests that

16  judgment be entered as follows:

17  (i)   against Defendants, awarding Plaintiff an amount of not less than

18  $10,131,628.18, plus pre-judgment interest accruing at the Default Rate,

19  post-judgment interest at the maximum rate allowable by law, and any and

20  all attorneys' fees and costs incurred by Plaintiff in connection with this

21  action;

22

23

24

25

26

27

28

COMPLAINT FOR BREACH OF CONTRACT AND BREACH OF GUARANTEES

CPAM: 3981290.1

1       (ii)   against Willie Gary and Lorenzo Williams, ordering them to disgorge and

2             pay to Plaintiff all sums paid to them by Gary, Williams and held in trust for

3             Plaintiff by them pursuant to the terms of the Guarantees; and

4       (iii)  granting Plaintiff such other further relief which this Court may deem just

5             and proper.

6   Dated:  May 26, 2011                    CHADBOURNE & PARKE LLP

7

8                        By:  _Jay R. Henneberry_

9                            Jay R. Henneberry

10                      Attorneys for Plaintiff

                       LFG NATIONAL CAPITAL, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

COMPLAINT FOR BREACH OF CONTRACT AND BREACH OF GUARANTEES

CPAM: 3981290.1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

## CV11- 4538 PSG (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X]** **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ]** **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ]** **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Jay R. Henneberry (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 S. Grand Ave., 32nd Floor
Los Angeles, CA 90071 / Tel: (213) 892-1000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| LFG NATIONAL CAPITAL, LLC | CASE NUMBER |
|---|---|
| **PLAINTIFF(S)** <br> v. | **CV11   04538** , PSG PJWx |
| GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS <br><br> **DEFENDANT(S).** | **SUMMONS** |

TO:   DEFENDANT(S): GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L.,
      WILLIE GARY, and LORENZO WILLIAMS

A lawsuit has been filed against you.

Within _ 21 _ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, Jay R. Henneberry _____, whose address is Chadbourne & Parke LLP, 350 S. Grand Ave., 32nd Floor, Los Angeles, CA 90071 ____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ____MAY 2 6 2011____

By: ____CHRISTOPHER POWERS____
     Deputy Clerk

     (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>LFG NATIONAL CAPITAL, LLC | DEFENDANTS<br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L.,<br>WILLIE GARY, and LORENZO WILLIAMS |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Jay R. Henneberry (State Bar No. 135065) / (213) 892-1000<br>Chadbourne & Parke LLP 350 S. Grand Ave., Los Angeles, CA  90071 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff        ☐ 3 Federal Question (U.S.
                                            Government Not a Party)

☐ 2 U.S. Government Defendant      ☑ 4 Diversity (Indicate Citizenship
                                            of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place<br>of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☑ 2 | ☑ 2 | Incorporated and Principal Place<br>of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**Pltf:  Delaware/NV**
**Defs:  Florida**

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original       ☐ 2 Removed from      ☐ 3 Remanded from      ☐ 4 Reinstated or      ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-      ☐ 7 Appeal to District
    Proceeding          State Court              Appellate Court          Reopened                                                                          District          Judge from
                                                                                                                                                            Litigation        Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes  ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No         ☐ MONEY DEMANDED IN COMPLAINT: $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause.  Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL<br>PROPERTY | PRISONER<br>PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to | ☐ 710 Fair Labor Standards |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product | ☐ 371 Truth in Lending | Vacate Sentence | Act |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | Liability | ☐ 380 Other Personal | Habeas Corpus | ☐ 720 Labor/Mgmt. |
| ☐ 450 Commerce/ICC | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Property Damage | ☐ 530 General | Relations |
| Rates/etc. | ☐ 150 Recovery of | Slander | ☐ 385 Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. |
| ☐ 460 Deportation | Overpayment & | ☐ 330 Fed. Employers' | Product Liability | ☐ 540 Mandamus/ | Reporting & |
| ☐ 470 Racketeer Influenced | Enforcement of | Liability | BANKRUPTCY | Other | Disclosure Act |
| and Corrupt | Judgment | ☐ 340 Marine | ☐ 422 Appeal 28 USC | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product | 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted | Liability | ☐ 423 Withdrawal 28 | FORFEITURE / | Litigation |
| ☐ 490 Cable/Sat TV | Student Loan (Excl. | ☐ 350 Motor Vehicle | USC 157 | PENALTY | ☐ 791 Empl. Ret. Inc. |
| ☐ 810 Selective Service | Veterans) | ☐ 355 Motor Vehicle | CIVIL RIGHTS | ☐ 610 Agriculture | Security Act |
| ☐ 850 Securities/Commodities/ | ☐ 153 Recovery of | Product Liability | ☐ 441 Voting | ☐ 620 Other Food & | PROPERTY RIGHTS |
| Exchange | Overpayment of | ☐ 360 Other Personal | ☐ 442 Employment | Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 | Veteran's Benefits | Injury | ☐ 443 Housing/Acco- | ☐ 625 Drug Related | ☐ 830 Patent |
| USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- | mmodations | Seizure of | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☑ 190 Other Contract | Med Malpractice | ☐ 444 Welfare | Property 21 USC | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product | ☐ 365 Personal Injury- | ☐ 445 American with | 881 | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization | Liability | Product Liability | Disabilities - | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal | Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW |
| ☐ 893 Environmental Matters | REAL PROPERTY | Injury Product | ☐ 446 American with | ☐ 650 Airline Regs | (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | Liability | Disabilities - | ☐ 660 Occupational | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | Other | Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization | ☐ 440 Other Civil | ☐ 690 Other | FEDERAL TAX SUITS |
| nation Under Equal | ☐ 240 Torts to Land | Application | Rights |  | ☐ 870 Taxes (U.S. Plaintiff |
| Access to Justice | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- |  |  | or Defendant) |
| ☐ 950 Constitutionality of | ☐ 290 All Other Real Property | Alien Detainee |  |  | ☐ 871 IRS-Third Party 26 |
| State Statutes |  | ☐ 465 Other Immigration |  |  | USC 7609 |
|  |  | Actions |  |  |  |

**FOR OFFICE USE ONLY:**  Case Number: _____  CV11  04538

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                                    CIVIL COVER SHEET                                    Page 1 of 2



## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Nevada |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Florida |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Marin |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _Jay R Henneberry_      Date May 26, 2011

Notice to Counsel/Parties:   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |