JAY R. HENNEBERRY (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045

*Of Counsel*
Scott S. Balber
sbalber@chadbourne.com
Jonathan C. Cross
jcross@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

Attorneys for Plaintiff and Counterdefendants
LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS, <br><br> Defendants. <br><br> GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., <br><br> Counterclaimant, <br><br> v. <br><br> LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC <br><br> Counterdefendants. | Case No. CV11-04538 PSG (PJWx) <br><br> **COUNTERDEFENDANTS LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., AND LFG SERVICING, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS PURSUANT TO FED. R. CIV. P. 12(b)(6)** <br><br> [REQUEST FOR JUDICIAL NOTICE IN SUPPORT THEREOF BEING FILED CONCURRENTLY] <br><br> Hearing Date: September 12, 2011 <br> Time: 1:30 p.m. <br> Judge: Honorable Philip S. Gutierrez <br> Courtroom: 880 |

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS PURSUANT TO FED. R. CIV. P 12(b)(6)

CPAM: 4071420.1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on September 12, 2011, at 1:30 p.m. or as soon
3  thereafter as the matter can be heard by the above-entitled Court, in the Courtroom of
4  the Honorable Philip S. Gutierrez (Courtroom 880) of the United States District Court
5  for the Central District of California, located at 255 East Temple Street, Los Angeles,
6  California 90012, Plaintiff LFG National Capital, LLC and Counterdefendants
7  LawFinance Group, Inc. and LFG Servicing, LLC (collectively "LFG") will, and
8  hereby do, move the Court for an order dismissing the Counterclaims of
9  Defendant/Counterclaimant Gary, Williams, Finney, Lewis, Watson & Sperando, P.L.
10 ("Defendant/Counterclaimant").

11 This Motion is brought pursuant to Federal Rule of Civil Procedure 12(b)(6) on
12 the ground that Defendant/Counterclaimant has failed to state a claim upon which relief
13 can be granted.

14 This Motion is based on this Notice of Motion and Motion, the Memorandum of
15 Points and Authorities and Request for Judicial Notice filed herewith, the other papers
16 and records on file in this action, and such further oral and documentary evidence as
17 may come before the Court upon the hearing of this matter.

18 / / /

**CHADBOURNE & PARKE LLP**
350 South Grand Avenue, 32nd Floor
Los Angeles, CA 90071 (213) 892-1000

The Motion is made following the conference of counsel pursuant to Local Rule 7-3. Counsel for Plaintiff and Counterdefendants contacted Harvey I. Saferstein on July 14, 2011. After not hearing back from Mr. Saferstein, counsel for Plaintiff and Counterdefendants contacted Sarah J. Robertson, counsel for Defendant/Counterclaimant, on July 18, 2011, and were able to discuss the substance of the contemplated motion and any potential resolution.

July 20, 2011                                             CHADBOURNE & PARKE LLP


By: _____/s/ Jay R. Henneberry_____
       Jay R. Henneberry
       Scott S. Balber
       Jonathan Cross

*Attorneys for Plaintiff and Counterdefendant*
LFG NATIONAL CAPITAL, LLC
LAWFINANCE GROUP, INC., and
LFG SERVICING, LLC