JAY R. HENNEBERRY (State Bar No. 135065)
jhenneberry@chadbourne.com
CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone: (213) 892-1000
Facsimile: (213) 892-2045

*Of Counsel*
Scott S. Balber
sbalber@chadbourne.com
Jonathan C. Cross
jcross@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

Attorneys for Plaintiff and Counterdefendants
LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and
LFG SERVICING, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LFG NATIONAL CAPITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L., WILLIE GARY, and LORENZO WILLIAMS,<br><br>Defendants.<br><br>GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L.,<br><br>Counterclaimant,<br><br>v.<br><br>LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., and LFG SERVICING, LLC<br><br>Counterdefendants. | Case No. CV11-04538 PSG (PJWx)<br><br>**REQUEST FOR JUDICIAL NOTICE OF LFG NATIONAL CAPITAL, LLC, LAWFINANCE GROUP, INC., AND LFG SERVICING, LLC IN SUPPORT OF THEIR MOTION TO DISMISS THE COUNTERCLAIMS PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Hearing Date: September 12, 2011<br>Time: 1:30 p.m.<br>Judge: Honorable Philip S. Gutierrez<br>Courtroom: 880 |

1  Plaintiff LFG National Capital, LLC and Counterdefendants LawFinance
2  Group, Inc. and LFG Servicing, LLC, by and through its attorneys, hereby request that
3  the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the
4  following documents listed below and attached hereto:

6  a. "Cost Loan and Security Agreement," executed on May 19, 2007,
7  and the amendments thereto. The Cost Loan and Security Agreement, and
8  amendments thereto, are referenced in the Complaint and in Defendant Gary,
9  Williams, Finney, Lewis, Watson & Sperando, P.L.'s Counterclaim. A true and
10  correct copy is attached as **Exhibit A**.

12  The Court may take judicial notice of Exhibit A because "[d]ocuments whose
13  contents are alleged in a complaint and whose authenticity no party questions, but
14  which are not physically attached to the pleading, may be considered in ruling on a
15  Rule 12(b)(6) motion to dismiss." Brocato v. Dep't of Corrections, 2009 WL
16  3489367, at *4 (C.D. Cal. Oct. 26, 2009) (citing In re Stac Elec. Sec. Litig., 89 F.3d
17  1399, 1405 n.4 (9th Cir. 1996)).

19  b. "California Department of Corporations Financial Services
20  Division Licensee Address Listing of LawFinance Group, Inc." The document
21  is a screenshot of the website for the California Department of Corporations
22  Financial Services Division Licensee Address Listing of LawFinance Group,
23  Inc, taken on July 14, 2011, which can be found at http://www.corp.ca.gov/
24  FSD/licensees/default.asp?flag=1&srchtyp=contains&licstatus=
25  active&busname=lawfinance&id=&lictype=&city=&state=&zip. A true and
26  correct copy is attached as **Exhibit B**.

CHADBOURNE & PARKE LLP
350 South Grand Avenue, 32nd Floor
Los Angeles, CA  90071 (213) 892-1000

The Court may take judicial notice of Exhibit B because, pursuant to Federal Rule of Evidence 201, judicial notice may be taken of "matters of public record," see <u>Lee</u> v. <u>City of Los Angeles</u>, 250 F.3d 668, 689 (9th Cir. 2001), which includes "[r]ecords and reports of administrative bodies." <u>Barron</u> v. <u>Reich</u>, 13 F.3d 1370, 1377 (9th Cir. 1994).

July 20, 2011                                      CHADBOURNE & PARKE LLP

By: _____/s/ Jay R. Henneberry_____
      Jay R. Henneberry
      Scott S. Balber
      Jonathan Cross

*Attorneys for Plaintiff and Counterdefendant*
LFG NATIONAL CAPITAL, LLC
LAWFINANCE GROUP, INC., and
LFG SERVICING, LLC