AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LFG National Capital, LLC <br> *Plaintiff* <br> v. <br> Gary, Williams, Finney, Lewis, Watson & Sperando, P.L., et al. <br> *Defendant* | ) ) ) ) ) ) | Case No. 1:12-cv-00446-DNH-DRH |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant and Counterclaimant Gary, Williams, Finney, Lewis, Watson & Sperando, P.L., and Defendants Willie Gary and Lorenzo Williams

Date: 5-18-12

/s/ Narges M. Kakalia
*Attorney's signature*

Narges M. Kakalia
*Printed name and bar number*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Chrysler Center
666 Third Avenue
New York, NY 10017
*Address*

NMKakalia@mintz.com
*E-mail address*

(212) 692-6215
*Telephone number*

(212) 983-3115
*FAX number*

