MAY 23rd, 2012                                                                                                UTICA, NEW YORK
HON. DAVID N. HURD, Presiding
Clerk: Craig B. Minor
Steno: Nancy Freddoso

11:00 A.M.   COURT IN SESSION

LFG  National Capital, LLC.,

    vs.

Gary, Williams, Finney, Lewis, et al.                                                         1:12-CV-446

    1. Defts' motion to dismiss 2nd claim for relief (33)–DECISION RESERVED.

    2. Pltf's motion to dismiss counterclaims (40)–DECISION RESERVED.
       (Ct. to issue written decision)

Appearances: Jonathan Cross & Scott Balber for pltf, Narges Kakalla for defts


11:35 A.M.  Recessed