# MINTZ LEVIN

**Harvey I. Saferstein** | hsaferstein@mintz.com

2029 Century Park East, Suite 1370
Los Angeles, CA 90067
310-586-3200
310-586-3202 fax
www.mintz.com

June 22, 2012

<u>**VIA ECF**</u>

The Honorable David N. Hurd
United States District Court
Northern District of New York
United States Courthouse
10 Broad Street
Utica, NY 13501

>    Re:   *LFG National Capital, LLC v. Gary, Williams, Finney, Lewis, Watson,*
>    *and Sperando P.L. et al., Case No. 12-cv-00446-DNH-DRH—*
>    *Withdrawal of Counsel*

Dear Judge Hurd:

We represent Defendant and Counterclaimant Gary, Williams, Finney, Lewis, Watson & Sperando, P.L., and Defendants Willie Gary and Lorenzo Williams (hereafter, collectively "Defendants"), in the above-referenced action.

We are writing to respectfully request pursuant to the attached "Withdrawal of Counsel," that Harvey I. Saferstein, Narges M. Kakalia, Nada I. Shamonki, and Sarah J. Robertson of MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. ("Mintz Levin Counsel") be allowed to withdraw as counsel of record for Defendants. Michael H. Sussman, Esq. of Sussman & Watkins, who has appeared in this matter and is also counsel of record, shall become sole counsel for Defendants. Defendants consent to the withdrawal.

There is good cause to grant withdrawal of the Mintz Levin Counsel because the majority of the Mintz Levin Counsel is based in Los Angeles and, now that the case has been transferred to New York, the Mintz Levin Counsel's continued involvement in the case will significantly increase Defendants' attorneys' fees and costs in the action. Moreover, Defendants have been concurrently represented by Michael Sussman, counsel who is based in New York, so the withdrawal of the Mintz Levin Counsel will not impair Defendants' representation in this action.

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | NEW YORK | STAMFORD | LOS ANGELES | SAN DIEGO | LONDON | SAN FRANCISCO

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

June 22, 2012
Page 2


       All future correspondence, pleadings, and/or discovery matters in the above-styled cause should be served on Michael H. Sussman, Esq., Sussman & Watkins, P.O. Box 1005, 55 Main Street, Suite 6, Goshen, NY 10924.


       Respectfully submitted,

Harvey Saferstein


HIS:jl
Enclosure

6611879v.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LFG NATIONAL CAPITAL, LLC     :
               :
       Plaintiff,    :  12-CV-446
               :  (DNH) (DRH)
               :
               :
               :
   v.           :
               :
GARY, WILLIAMS, FINNEY, LEWIS, WATSON & :
SPERANDO, P.L., ET AL.       :
               :
       Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## WITHDRAWAL OF COUNSEL

   PLEASE TAKE NOTICE that Harvey I. Saferstein, Narges M. Kakalia, Nada I. Shamonki, and Sarah J. Robertson of MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. ("Mintz Levin Counsel") are withdrawing as counsel of record for Defendant and Counterclaimant Gary, Williams, Finney, Lewis, Watson & Sperando, P.L. and Defendants Willie Gary and Lorenzo Williams (collectively "Defendants") in the above-captioned action. Michael H. Sussman, Esq. of Sussman & Watkins, who has appeared in this matter and is also counsel of record, shall become sole counsel for Defendants. Defendants consent to the withdrawal.

   There is good cause to grant withdrawal of the Mintz Levin Counsel because the majority of the Mintz Levin Counsel is based in Los Angeles and, now that the case has been transferred to New York, the Mintz Levin Counsel's continued involvement in the case will significantly increase Defendants' attorneys' fees and costs in the action. Moreover, Defendants have been

concurrently represented by Michael Sussman, counsel who is based in New York, so the withdrawal of the Mintz Levin Counsel will not impair Defendants' representation in this action.

All future correspondence, pleadings, and/or discovery matters in the above-styled cause should be served on Michael H. Sussman, Esq., Sussman & Watkins, P.O. Box 1005, 55 Main Street, Suite 6, Goshen, NY 10924.

Dated:  June 21, 2012

Harvey I. Saferstein, Esq., Pro Hac Vice
NYND Bar Roll Number:  106885
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Tel:  (310) 586-3200
Fax:  (310) 586-3202
Email:  hsaferstein@mintz.com

Counsel for Defendant and Counterclaimant
GARY, WILLIAMS, FINNEY, LEWIS,
WATSON & SPERANDO, P.L., and
Defendants WILLIE GARY, and LORENZO
WILLIAMS

Dated:  June 21, 2012

Harvey I. Saferstein, Esq., Pro Hac Vice
NYND Bar Roll Number:  106885

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Tel:  (310) 586-3200

Chan Abney
General Counsel for Defendant and
Counterclaimaint Gary, Williams, Finney,
Lewis, Watson & Sperando, P.L.
221 East Osceola Street
Stuart, FL 34994
Tel:  (772) 283-8260

Defendant Lorenzo Williams
221 East Osceola Street
Stuart, FL 34994
Tel:  (772) 283-8260

Michael H. Sussman, Esq.
NYND Bar Roll Number:  103324

SUSSMAN & WATKINS
P.O. Box 1005
55 Main Street, Suite 6
Goshen, NY 10924
Tel:  (845) 294-3991

Defendant Willie Gary
221 East Osceola Street
Stuart, FL 34994
Tel:  (772) 283-8260

SO ORDERED:

HONORABLE DAVID N. HURD
United States District Judge

June ___, 2012

6610634v.2

3

Dated:  June 22, 2012

Harvey I. Saferstein, Esq., Pro Hac Vice
NYND Bar Roll Number:  106885

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Tel:  (310) 586-3200

Michael H. Sussman, Esq.
NYND Bar Roll Number:  103324

SUSSMAN & WATKINS
P.O. Box 1005
55 Main Street, Suite 6
Goshen, NY 10924
Tel:  (845) 294-3991

Chan Abney
General Counsel for Defendant and
Counterclaimaint Gary, Williams, Finney,
Lewis, Watson & Sperando, P.L.
221 East Osceola Street
Stuart, FL 34994
Tel:  (772) 283-8260

Defendant Willie Gary
221 East Osceola Street
Stuart, FL 34994
Tel:  (772) 283-8260

Defendant Lorenzo Williams
221 East Osceola Street
Stuart, FL 34994
Tel:  (772) 283-8260

SO ORDERED:

HONORABLE DAVID N. HURD
United States District Judge

June ___, 2012

3

6610634v.2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 22, 2012, I electronically filed the **LETTER REQUEST AND WITHDRAWAL OF COUNSEL** with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following counsel for Plaintiff and Counterdefendants in this action:

1.  Scott S. Balber - sbalber@chadbourne.com

2.  Andrea L. Voelker - avoelker@chadbourne.com

3.  Jonathan C. Cross - jcross@chadbourne.com

By: _____

Harvey I. Saferstein

1

6611941v.1