UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------X
LFG NATIONAL CAPITAL, LLC           :

            Plaintiff,           :        12-CV-446
                               :        (DNH) (DRH)

      v.                         :

GARY, WILLIAMS, FINNEY, LEWIS, WATSON &    :
SPERANDO, P.L., ET AL.

            Defendants.       :
------------------------------------X

## WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Harvey I. Saferstein, Narges M. Kakalia, Nada I. Shamonki, and Sarah J. Robertson of MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. ("Mintz Levin Counsel") are withdrawing as counsel of record for Defendant and Counterclaimant Gary, Williams, Finney, Lewis, Watson & Sperando, P.L. and Defendants Willie Gary and Lorenzo Williams (collectively "Defendants") in the above-captioned action. Michael H. Sussman, Esq. of Sussman & Watkins, who has appeared in this matter and is also counsel of record, shall become sole counsel for Defendants. Defendants consent to the withdrawal.

There is good cause to grant withdrawal of the Mintz Levin Counsel because the majority of the Mintz Levin Counsel is based in Los Angeles and, now that the case has been transferred to New York, the Mintz Levin Counsel's continued involvement in the case will significantly increase Defendants' attorneys' fees and costs in the action. Moreover, Defendants have been

1

concurrently represented by Michael Sussman, counsel who is based in New York, so the withdrawal of the Mintz Levin Counsel will not impair Defendants' representation in this action.

All future correspondence, pleadings, and/or discovery matters in the above-styled cause should be served on Michael H. Sussman, Esq., Sussman & Watkins, P.O. Box 1005, 55 Main Street, Suite 6, Goshen, NY 10924.

Dated: June 21, 2012

_____
Harvey I. Saferstein, Esq., Pro Hac Vice
NYND Bar Roll Number: 106885
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Tel: (310) 586-3200
Fax: (310) 586-3202
Email: hsaferstein@mintz.com

Counsel for Defendant and Counterclaimant
GARY, WILLIAMS, FINNEY, LEWIS,
WATSON & SPERANDO, P.L., and
Defendants WILLIE GARY, and LORENZO
WILLIAMS

Dated: June 21, 2012

_____
Harvey I. Saferstein, Esq., Pro Hac Vice
NYND Bar Roll Number: 106885

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Tel: (310) 586-3200

_____
Michael H. Sussman, Esq.
NYND Bar Roll Number: 103324

SUSSMAN & WATKINS
P.O. Box 1005
55 Main Street, Suite 6
Goshen, NY 10924
Tel: (845) 294-3991

_____
Chan Abney
General Counsel for Defendant and
Counterclaimaint Gary, Williams, Finney,
Lewis, Watson & Sperando, P.L.
221 East Osceola Street
Stuart, FL 34994
Tel: (772) 283-8260

_____
Defendant Willie Gary
221 East Osceola Street
Stuart, FL 34994
Tel: (772) 283-8260

_____
Defendant Lorenzo Williams
221 East Osceola Street
Stuart, FL 34994
Tel: (772) 283-8260

SO ORDERED:

_____
HONORABLE DAVID N. HURD
United States District Judge

June 26, 2012

3

6610634v.2

Dated: June 22, 2012

_____
Harvey I. Saferstein, Esq., Pro Hac Vice
NYND Bar Roll Number: 106885

MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Tel: (310) 586-3200

_____
Michael H. Sussman, Esq.
NYND Bar Roll Number: 103324

SUSSMAN & WATKINS
P.O. Box 1005
55 Main Street, Suite 6
Goshen, NY 10924
Tel: (845) 294-3991

_____
Chan Abney
General Counsel for Defendant and
Counterclaimaint Gary, Williams, Finney,
Lewis, Watson & Sperando, P.L.
221 East Osceola Street
Stuart, FL 34994
Tel: (772) 283-8260

_____
Defendant Willie Gary
221 East Osceola Street
Stuart, FL 34994
Tel: (772) 283-8260

_____
Defendant Lorenzo Williams
221 East Osceola Street
Stuart, FL 34994
Tel: (772) 283-8260

SO ORDERED:

_____
HONORABLE DAVID N. HURD
United States District Judge

June ___, 2012

3

6610634v.2

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2012, I electronically filed the **LETTER REQUEST AND WITHDRAWAL OF COUNSEL** with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following counsel for Plaintiff and Counterdefendants in this action:

1. Scott S. Balber - sbalber@chadbourne.com
2. Andrea L. Voelker - avoelker@chadbourne.com
3. Jonathan C. Cross - jcross@chadbourne.com

By: _____
Harvey I. Saferstein

1

6611941v.1