# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

LFG NATIONAL CAPITAL, LLC,

      Plaintiff,

vs.                                                CASE NUMBER: 1:12-CV-446 (DNH/CFH)

GARY, WILLIAMS, FINNEY, LEWIS, WATSON,
AND SPERANDO P.L.; WILLIE GARY; and
LORENZO WILLIAMS,

      Defendants.

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the plaintiff LFG National Capital, LLC is awarded judgment against the defendants Gary, Williams, Finney, Lewis, Watson, and Sperando P.L., Willie Gary, and Lorenzo Williams in the sum of $12,542,476 plus interest from July 31, 2012.

All of the above pursuant to the Order of the Honorable Judge David N. Hurd, United States District Judge, filed the 28th day of September, 2012.

DATED:  September 28, 2012.

_Lawrence K. Baerman_
Clerk of Court

s/Susan Evans
Deputy Clerk

Entered on Docket: 9/28/12    se
                            Date        By